IN RE:  FILED  CASE NO. 09-50856

BRUCE CALMESE  2010 OCT 12 PM 1:55  CHAPTER 7
CLAUDIA RUTH CALMESE
    Debtors  U.S. BANKRUPTCY COURT  REPORT OF UNCLAIMED
                      NORTHERN DISTRICT OF OHIO  DIVIDEND
                           AKRON

    Harold A. Corzin, Trustee herein, reports that check #104 was issued on July 6, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #107 to the Clerk of Courts in the amount of $57.60 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                              /s/ signature
                                              _____
                                              HAROLD A. CORZIN, TRUSTEE
                                              304 N. Cleveland-Massillon Road
                                              Akron, Ohio 44333
                                              (330) 670-0770
                                              (330) 670-0297 Facsimile
                                              Hcorzin@csu-law.com

October 6, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 09-50856 - CALMESE, BRUCE

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02554933-66 | 107 | 10/06/10 | U.S. BANKRUPTCY COURT | | | $57.60 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02554933-66 5 | 104 | | 08/14/09 | 610 | FirstMerit Bank NA<br>3 Cascade Plaza<br>CAS 36<br>Akron, OH 44308 | 521.16 | 521.16 | 57.60 | 57.60 |

*ck # 107*
*receipt # 8/837*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.